# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**309**
**CA 13-02204**
PRESENT: CENTRA, J.P., PERADOTTO, CARNI, SCONIERS, AND DEJOSEPH, JJ.

---

IN THE MATTER OF KHYRI OLIVER,
PETITIONER-APPELLANT,

                              V                                    ORDER

ANTHONY ANNUCCI, ACTING COMMISSIONER, NEW YORK
STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY
SUPERVISION, RESPONDENT-RESPONDENT.

---

WYOMING COUNTY-ATTICA LEGAL AID BUREAU, WARSAW (LEAH R. NOWOTARSKI OF
COUNSEL), FOR PETITIONER-APPELLANT.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (PETER H. SCHIFF OF
COUNSEL), FOR RESPONDENT-RESPONDENT.

--------------------------------------------------------------------------------------------------------------

        Appeal from a judgment of the Supreme Court, Wyoming County (Mark
H. Dadd, A.J.), entered October 31, 2013 in a proceeding pursuant to
CPLR article 78.  The judgment dismissed the petition.

        It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed without costs.

Entered:  March 20, 2015                          Frances E. Cafarell
                                                  Clerk of the Court